IN THE SUPREME COURT OF TEXAS

 No. 06-0878

 IN RE ALLSTATE COUNTY MUTUAL INSURANCE COMPANY AND DAVID GONZALEZ

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed October 9, 2006, is
granted in part. The Order Granting Plaintiffs' Motion to Compel
Responses, signed July 19, 2006 in Cause No. CL-05-3167-E, styled Jorge
Manllo Karim and Teresita S. De Manllo v. Allstate County Mutual Insurance
Company, David Gonzalez, and Tae Sun Cho a/k/a Sang M. Cho, in the Hidalgo
County Court at Law 5 of Hidalgo County, Texas, is stayed pending further
order of this Court. All other relief as to the motion for stay is denied.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 30, 2006.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk